87 A.3d 813

**Keith MOYE, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

March 26, 2014.

Keith A. Moye, Houtzdale, pro se.

Theron Richard Perez, Vincent R. Mazeski, Pennsylvania Department of Corrections, Mechanicsburg, for Department of Corrections.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of March, 2014, the order of the Commonwealth Court is **AFFIRMED.**

88 A.3d 954

**Marie OWENS and Fred Owens, Jr., Petitioners**

v.

**WYETH, formerly known as American Home Products
Corporation; et al., Respondents.**

Supreme Court of Pennsylvania.

Feb. 28, 2014.